

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00664-CV

Ana Villa
v.
Felicia Martinez

On Appeal from the
103rd District Court of Cameron County, Texas
Trial Cause No. 2010-DCL-6745-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant, Ana Villa.

We further order this decision certified below for observance.

May 16, 2019